**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID MURRAY,              )<br>                           )<br>          Petitioner, )<br>                           )<br>     v.                    )<br>                           )<br>LELAND MCEWEN, Warden,     )<br>                           )<br>          Respondent.      )<br>_____) | NO. CV 12-1022 PSG (AS)<br><br><br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: April 15, 2014.

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE